# BATHGATE, WEGENER & WOLF

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

ONE AIRPORT ROAD

POST OFFICE BOX 2043

LAKEWOOD, NEW JERSEY 08701

(732) 363-0666

———

FAX #

(732) 363-9864

E-Mail: law@bathweg.com

KYLE R. TOGNAN, ESQ.

Direct e-mail: ktognan@bathweg.com

February 4, 2019

**_Submitted Via CM/ECF_**

Hon. Brian R. Martinotti
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

> **Re:**   **_Smith v. Specialized Loan Servicing LLC, et al.,_**
> **Civil Action No. 3:17-cv-06668-BRM-DEA**

Dear Judge Martinotti:

As part of the Parties' continuing due diligence in administrating many lender placed settlements, including this matter, the Parties are very pleased to report that they have discovered that, since the original formulation of the class member list, an additional 3,066 Settlement Class Members (with approximately 7,700 placements of insurance) existed. On January 29, 2019, the Court approved Settlement Administrator sent Class Notices to these specific individuals (in addition to all others), and the Parties have modified the settlement to include the additional Settlement Class Members. The Modification of Stipulation of Settlement is attached to this letter as Exhibit A. The inclusion of these additional insurance placements into the Settlement has increased the settlement class relief by over $314,000. The Final Fairness Hearing in this matter is set for April 1, 2019.

Sincerely yours,

/s/ Adam M. Moskowitz

Cc: All counsel of record.
Enclosure