**Kyle Tognan, Esq. (NJ Bar No. 128372014)**
**BATHGATE, WEGENER & WOLF, P.C.**
**One Airport Road**
**P.O. Box 2043**
**Lakewood, New Jersey 08701**
**Phone: 732-363-0666**
*Counsel for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MARK SMITH, on behalf of himself and all others similarly situated, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | Case No. 3:17-cv-06668 |
| | : | |
| SPECIALIZED LOAN SERVICING, LLC, AMERICAN SECURITY INSURANCE COMPANY, STANDARD GUARANTY INSURANCE COMPANY, and VOYAGER INDEMNITY INSURANCE COMPANY | : | Judge Brian R. Martinotti |
| | : | |
| | | Magistrate Judge Douglas E. Arpert |
| Defendants. | | |

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT,**
**CERTIFICATION OF SETTLEMENT CLASS, AND APPOINTMENT OF**
<u>**CLASS REPRESENTATIVE**</u>

Plaintiff Mark Smith ("Plaintiff"), on behalf of himself and all others similarly situated, respectfully submits his Unopposed Motion for Final Approval of Class

Action Settlement, Certification of Settlement Class, and Appointment of Class Representative. In support thereof, Plaintiff has contemporaneously filed a Memorandum of Law and the Declaration of Howard Bushman, with exhibits thereto. Defendants Specialized Loan Servicing, LLC ("SLS"), American Security Insurance Company ("ASIC"), Standard Guaranty Insurance Company ("SGIC"), and Voyager Indemnity Insurance Company ("VIIC") (ASIC, SGIC, and VIIC are collectively referred to herein as the "Assurant Defendants"), consent, for settlement purposes only, to Plaintiff's requested relief contained therein. For the reasons set forth in the Memorandum of Law, Plaintiff respectfully requests that the Court grant his Unopposed Motion for Final Approval of Class Action Settlement, Certification of Settlement Class, and Appointment of Class Representative, and enter the accompanying [Proposed] Order.

Dated: February 14th, 2019

        Respectfully submitted,

        s/ *Kyle Tognan*
        Kyle Tognan, Esq.
        ktognan@bathweg.com
        **BATHGATE WEGENER & WOLFE**
        One Airport Road, P.O. Box 2043
        Lakewood, New Jersey 08701
        Phone: (732)-363-0666;
        Fax: (732)-363-9864

**THE MOSKOWITZ LAW FIRM, PLLC**
By: /s/Adam M. Moskowitz
Adam M. Moskowitz, Esq. (*Pro Hac Vice*)
adam@moskowitz-law.com
Howard M. Bushman, Esq. (*Pro Hac Vice*)
howard@moskowitz-law.com
Joseph M. Kaye, Esq. (*Pro Hac Vice*)
joseph@moskowitz-law.com
2 Alhambra Plaza
Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

*Attorneys for Plaintiff and*
*The Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of February 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

/s/ Kyle Tognan
Kyle Tognan (Bar No. 128372014)